UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

CIVIL FILE NO: 01-2097 (DWF/SRN)

Ashon Benson, Jacqueline Benson,
Taberah Benson and John or Jane Doe(s),

Plaintiffs,

vs.

Hubbard Broadcasting, Inc., KSTP – 5,
KS95, and any other Defendant's Doe(s)

Defendant.

**STIPULATION AND ORDER TO EXTEND DEALDINE AND TO AMEND PLEADING**

The parties through their respective attorneys hereby stipulate and agree as follows:

1. The current Scheduling Order requires service of motion to amend the pleadings by March 1, 2002;

2. Plaintiffs should be allowed to amend their complaint to adequately plead their causes of action;

3. Defendants are agreeable and will stipulate to an amended complaint. However, Defendants may object to stipulation if necessary to avoid substantial prejudice to Defendants; and

4. An extension of the Court's Order to allow service of a motion to amend the pleadings is necessary to allow Plaintiff to prepare the Amended Complaint, and still provide Plaintiff the opportunity to move for amendment if Defendants object to stipulating acceptance thereof. No other deadlines need to be changed at this time.

FEB 2 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO STIPULATED BY:

**PAUL R. HANNAH, ATTORNEY**

Dated: 2/27/02

Paul Hannah #40502
2625 Firstar Center
101 East 5th Street
St. Paul, MN 55101
(651) 223-5525
Attorney for Defendant

**SCOTT LAW FIRM, P.A.**

Dated: ______________

John D. Scott #270635
743B Butler Square Building
100 North Sixth Street
Minneapolis, MN 55403
(612) 872-9355
Attorney for Plaintiffs

**ORDER**

Based on the foregoing stipulation:

**IT IS HEREBY ORDERED**, that all motions to amend the pleadings or add parties must be served by March 22, 2002.

**IT IS SO ORDERED:**

Dated this ________ day of ____________________, 2002.

**BY THE COURT:**

______________________________
Magistrate Judge Susan R. Nelson
DISTRICT COURT JUDGE

IT IS SO STIPULATED BY:

**PAUL R. HANNAH, ATTORNEY**

Dated: ____________________

Paul Hannah #40502
2625 Firstar Center
101 East 5th Street
St. Paul, MN 55101
(651) 223-5525
Attorney for Defendant

**SCOTT LAW FIRM, P.A.**

Dated: 2/28/02

John D. Scott #270635
743B Butler Square Building
100 North Sixth Street
Minneapolis, MN 55403
(612) 872-9355
Attorney for Plaintiffs

**ORDER**

Based on the foregoing stipulation:

**IT IS HEREBY ORDERED,** that all motions to amend the pleadings or add parties must be served by March 22, 2002.

**IT IS SO ORDERED:**

Dated this 28th day of February, 2002.

**BY THE COURT:**

Magistrate Judge Susan R. Nelson
DISTRICT COURT JUDGE