**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**CIVIL FILE NO.: 01-2097 (DWF/SRN)**

Ashon Benson (f/k/a A.M.P.),
Jacquelyn Benson, Taberah Benson,
and John or Jane Doe(s),

Plaintiffs,

-v-

**STIPULATION TO ALLOW PLAINITIFF'S TO SERVE A SECOND AMENDED COMPLAINT AND AMEND CASE CAPTION AND ORDER**

Hubbard Broadcasting, Inc., KSTP-5,
KSTP-TV, KS95, Robb Leer, Randy Meier,
Julie Nelson, Lynsey Paulo, Mike Binkley,
Jon Stone, and any other Defendant Doe(s),

Defendants.

Come now the parties, by and through the undersigned counsel, and stipulate and agree to allow the Plaintiffs above named to serve a Second Amended Complaint upon the Defendant's counsel of record. Counsel further stipulate that the case caption should be as reflected in this Stipulation.

IT IS SO STIPULATED BY:

**PAUL R. HANNAH, ATTORNEY**

Dated: March 22, 2002

Paul Hannah #40502
2625 Firstar Center
101 East 5th Street
St. Paul, MN 55101
(651) 223-5525
Attorney for Defendant

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/19/02

**SCOTT LAW FIRM, P.A.**

John D. Scott #270635
743B Butler Square Building
100 North Sixth Street
Minneapolis, MN 55403
(612) 872-9355
Attorney for Plaintiffs

## ORDER

Based on the foregoing stipulation:

**IT IS HEREBY ORDERED,** that the captions of the pleadings shall be as set forth on this Stipulation and Order.

**IT IS SO ORDERED:**

Dated this 25th day of March, 2002.

**BY THE COURT:**

Magistrate Judge Susan R. Nelson
DISTRICT COURT JUDGE