**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Ashon Benson (f/k/a/ A.M.P.), Jacquelyn Benson, Taberah Benson, and John or Jane Doe(s),**

**Plaintiffs,**

**v.**

**Hubbard Broadcasting, Inc., KSTP-5, KS95, Robb Leer, Randy Meier, Julie Nelson, Lynsey Paulo, Mike Binkley, Jon Stone and any other Defendant Doe(s),**

**Defendants.**

**Civil No. 01-2097 (DWF/SRN)**

**ORDER**

---

John D. Scott, Esq., on behalf of Plaintiffs

Paul R. Hannah, Esq., on behalf of Defendants

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on February 19, 2003, on Defendants' Motion for an Order Compelling Plaintiffs to Attend Their Depositions and For Sanctions (Doc. No. 24); and on Plaintiffs' Motion for a Protective Order and an Order Permitting Deposition of a Prison Inmate (Doc. No. 27). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.



FILED FEB 20 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

After considering the memorandum of law, all the files, records and proceedings herein, and being fully advised,

**IT IS HEREBY ORDERED that:**

1. Defendants' Motion for an Order Compelling Plaintiffs to Attend Their Depositions and For Sanctions (Doc. No. 24) is **GRANTED**. Plaintiffs shall present themselves to be deposed in this district on a date(s) prior to March 31, 2003, and Plaintiffs shall identify three dates on which they agree to be deposed in accordance with such timeline. Defendants shall be awarded $250 as a sanction for Plaintiffs' failure to appear at their November depositions. The date for completion of discovery and all other appropriate dates as provided for in the amended pretrial scheduling order shall be extended 60 days.

2. Plaintiffs' Motion for a Protective Order and an Order Permitting Deposition of a Prison Inmate (Doc. No. 27) is **DENIED** with respect to the protective order and **DENIED WITHOUT PREJUDICE** with respect to the deposition of a prison inmate.

Date: February 19, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge