**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ASHON BENSON, fka A.M.P.,
JACQUELYN BENSON, TABORAH BENSON,
JOHN DOES, and JANE DOES,

Plaintiffs,

v.

HUBBARD BROADCASTING, KSTP-5 and
any other Defendant Doe(s), KSTP-TV, KS95,
ROBB LEER, RANDY MEIER, JULIE NELSON,
LYNSEY PAULO, MIKE BINKLEY,
JON STONE, and any other Defendant Doe(s),

Defendants.

Civil No. 01-2097 (DWF/SRN)

**ORDER OF DISMISSAL**

---

John Scott, Esq., Lexington Office Center, Suite 301, 3570 Lexington, Arden Hills, MN 55126, counsel for Plaintiffs.

Paul Hannah, Esq., Hannah Law Office, 2625 US Bank Center, 101 5th Street East, St. Paul, MN 55101, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 6, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 0 6 2003
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________